IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**IRA NICHOLSON**                                                                                      **PLAINTIFF**

**VS.**                                      **NO. 4:23-CV-195-DPM**

**GEICO CHOICE INSURANCE COMPANY**                                **DEFENDANT**

### JOINT MOTION FOR REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE

Plaintiff Ira Nicholson and Defendant GEICO Choice Insurance Company (collectively "the Parties"), by and through their undersigned counsel, request that the Court refer this matter to the magistrate judge presiding over this case for a settlement conference and, for grounds, state:

1. This breach of contract action was originally filed in Pulaski County Circuit Court on January 30, 2023. It was subsequently removed to federal court on March 14, 2023. Plaintiff's claims arise from a motor vehicle/pedestrian accident that occurred on June 13, 2022, in Pulaski County, Arkansas.

2. The Parties have conferred and, in an attempt, to come to a resolution in an efficient and cost-effective manner and to conserve judicial resources, the Parties jointly request that the Court refer this case to a magistrate judge for a settlement conference to be held at the magistrate judge's earliest convenience. The Parties request that all the claims Plaintiff has asserted in this suit be taken up at the settlement conference.

3. This joint motion is filed in good faith and not for the purpose of delaying

the resolution of this case or for any other improper purpose.

    WHEREFORE, Plaintiff Ira Nicholson and Defendant GEICO Choice Insurance Company respectfully request that the Court grant their joint motion, and refer this case to a magistrate judge to hold a settlement conference at the judge's earliest convenience, and for all other relief to which they are entitled.

    RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
Little Rock, AR 72222
EM: khughes@rainfirm.com
Karen J. Hughes (89132)

*Attorneys for Plaintiff*

And

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
PH:  (501) 371-0808
FAX:  (501) 376-9442
EM:  nhornung@wlj.com
Nicholas D. Hornung (2015174)

*Attorneys for Defendant*