IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IRA NICHOLSON                                            PLAINTIFF

v.                         No. 4:23-cv-195-DPM

GEICO CHOICE INSURANCE
COMPANY                                           DEFENDANT

## JUDGMENT

Nicholson's complaint is dismissed with prejudice. The Court retains jurisdiction until 11 September 2024 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

11 July 2024